UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CASSANDRA SMITH, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cv-00267-JPH-DLP |
| BARTHOLOMEW CONSOLIDATED SCHOOL CORPORATION, MOUNT HEALTHY SCHOOL, TERESA HEINY, | ) |
| Defendants. | ) |

**ORDER DISMISSING CASE**

On February 25, 2020, the Court screened Plaintiff Cassandra Smith's complaint and ordered her to show cause by March 20, 2020 why her federal claims should not be dismissed for failure to state a claim and why the Court should not decline to exercise jurisdiction over her state-law claims. Dkt. 6.

Ms. Smith has not responded by that deadline. Her federal claims are therefore **DISMISSED with prejudice** and the Court relinquishes jurisdiction over her state-law claims. Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 3/31/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

CASSANDRA SMITH
3032 Beech Drive
Columbus, IN 47203

Brent R. Borg
CHURCH CHURCH HITTLE & ANTRIM (Fishers)
bborg@cchalaw.com