UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CASSANDRA SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-00267-JPH-DLP ) |
| BARTHOLOMEW CONSOLIDATED SCHOOL CORPORATION, MOUNT HEALTHY SCHOOL, TERESA HEINY, | ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. Plaintiff's federal claims are dismissed **with prejudice** and her state-law claims are dismissed **without prejudice**.

Date:  3/31/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Laura A. Briggs, Clerk

By: *Pam Pope*
Deputy Clerk, U.S. District Court

Distribution:

CASSANDRA SMITH
3032 Beech Drive
Columbus, IN 47203

Brent R. Borg
CHURCH CHURCH HITTLE & ANTRIM (Fishers)
bborg@cchalaw.com